AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br><br>William Henry Steinhaus IV<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. **14-2873 BPG**<br><br>_____ FILED _____ ENTERED<br>_____ LODGED _____ RECEIVED<br><br>JAN 5 2014<br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 8th 2014** in the county of _____ in the _____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C Section 2251(a) | Sexual Exploitation of a Child |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew J. Vilcek, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **12-12-14**

_____
Judge's signature

City and state: **Baltimore, Maryland**

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*